UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE GODFREY and YUN JAE CHUNG,

                Plaintiffs,         20-cv-7230 (JGK)

     - against -                  ORDER

EXECUTIVE RISK INDEMNITY INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 30, 2020.

SO ORDERED.

Dated:    New York, New York
           November 13, 2020

                                            John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020