UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE GODFREY and YUN JAE CHUNG<br><br>- Plaintiffs -<br><br>v.<br><br>EXECUTIVE RISK INDEMNITY INC.,<br><br>- Defendant - | CIVIL ACTION NO.: 1:20-cv-07230<br><br>**DISCOVERY STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties that:

1. Defendant shall respond to plaintiffs' Interrogatories and Request for Production of Documents on or before March 5, 2021;

2. Depositions of party representatives shall occur on or before May 26, 2021;

3. All other fact witness depositions shall occur on or before June 25, 2021;

4. The Fact Discovery Deadline shall be August 20, 2021;

5. Plaintiffs' shall provide Rule 26(a)(2) expert disclosures by September 24, 2021;

6. Defendant shall provide Rule 26(a)(2) expert disclosures by October 22, 2021;

7. Expert depositions are to be held on or before December 10, 2021;

8. The final date for dispositive motions is January 7, 2022;

9. Joint Pre-Trial Order is due on January 31, 2022 or 21 days after decision on any dispositive motions;

10. Trial is to take place 14 days after submission of Joint Pre-Trial Order;

Dated: New York, New York
February 23, 2021

RUSSO & GOULD, LLP

*David S. Gould*
By: David S. Gould
Attorneys for Plaintiffs
**LEE GODFREY** and
**YUN JAE CHUNG**
33 Whitehall Street, 16th Floor
New York, New York 10004
T: (212) 482-0001
F: (212) 482-0002
R&G File No.: 747.098

CONNELL FOLEY, LLP

By: NEIL V. MODY
Attorneys for Defendant
**EXECUTIVE RISK INDEMNITY INC.**,
888 Seventh Avenue, 9th Floor
New York, New York 10106
T: (212) 307-3713

SO ORDERED: /s/ John G. Koeltl
U.S.D.J.

March 29, 2021
New York, New York