UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE GODFREY and YUN JAE CHUNG,     20-cv-7230 (JGK)

                Plaintiffs,     ORDER

- against -

EXECUTIVE RISK INDEMNITY INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    As stated at the teleconference in this case on October 19, 2021, the defendant should file its motion for summary judgment by **November 19, 2021**. The plaintiffs should respond by **December 20, 2021**. The defendant should reply by **January 14, 2022**.

    Counsel for the plaintiffs should file a notice of appearance in this case for purposes of ECF.

SO ORDERED.

Dated:    New York, New York
           October 19, 2021

                                            John G. Koeltl
                                    United States District Judge