UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEE GODFREY AND YUN JAE CHUNG,

            Plaintiffs,

- against -

EXECUTIVE RISK INDEMNITY INC.,

            Defendant.

20-cv-7230 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The parties should submit one set of paper courtesy copies of all papers filed in connection with the cross-motions for summary judgment.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                            John G. Koeltl
                                         United States District Judge