**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LEE GODFREY AND YUN JAE CHUNG,

                Plaintiffs,

  -against-                                  20 **CIVIL** 7230 (JGK)

## JUDGMENT

EXECUTIVE RISK INDEMNITY INC.,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 5, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The defendant's motion for summary judgment is granted and the plaintiffs' cross-motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York
         July 5, 2022

                                                        **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                      **BY:**      *K. Mango*
                                                           **Deputy Clerk**